1

2

Thomas P. Cartmell, 45366
3    Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
4    Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
5    Kansas City, MO 64112
Phone: 816-701-1100
6    Facsimile: 816-531-2372
Attorneys for Plaintiffs, Timothy Tarpley
7

8

9                              UNITED STATES DISTRICT COURT

10                            NORTHERN DISTRICT OF CALIFORNIA

11

12

13  |                                                    )   Case Specific Number  06-2016
                                                         )
14  |  IN RE: BEXTRA AND CELEBREX                        )   MDL NO. 1699
       MARKETING SALES PRACTICES AND                     )   District Judge:  Charles R. Breyer
15  |  PRODUCT LIABILITY LITIGATION                      )
                                                         )
16  |                                                    )
                                                         )
17  |  Timothy Tarpley,                                  )
                                   Plaintiffs,           )   STIPULATION AND ORDER OF
                                                         )   DISMISSAL WITH PREJUDICE
18  |                              vs.                   )
                                                         )
19  |  Pfizer, Inc., et al.                              )
                                   Defendants.           )
20  |                                                    )

21

22         Come now the Plaintiff, (TIMOTHY TARPLEY) Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

25  fees and costs.

26         DATED: February 20, 2009

27                                            By: _____

28                                            Attorneys for Plaintiff, Timothy Tarpley

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2    DATED: <u>April 27</u>, 2009      DLA PIPER US LLP

3
                                      By:_____
4                                          Michelle Sadowsky
5                                          Attorneys for Defendants

6

7
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
8    **IT IS SO ORDERED.**

9

10   Dated: <u>APR 3 0 2009</u>

11                                    Hon. Charles R. Breyer
                                      United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        -2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**